COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-04-403-CR
  
  
CHARLES 
THOMAS ALLEN                                                     APPELLANT
  
V.
  
THE 
STATE OF TEXAS                                                                  STATE
  
  
------------
 
FROM 
THE 16TH DISTRICT COURT OF DENTON COUNTY
 
------------
 
MEMORANDUM OPINION[1]
 
------------
        On 
July 20, 2004, the trial court denied Appellant’s motion for bail pending 
appeal.  Appellant’s notice of appeal from this order was due by August 
19, 2004.[2]  The notice of appeal was not filed 
until September 1, 2004; thus it was untimely.[3]
        Because 
the notice of appeal was untimely, we sent a letter to Appellant requesting a 
response showing grounds for continuing the appeal, as it appeared we lacked 
jurisdiction.  We received no response.
        A 
notice of appeal that complies with the requirements of Rule 26 is essential to 
vest this court with jurisdiction.[4]  The Texas 
Court of Criminal Appeals has expressly held that, without a timely filed notice 
of appeal or motion for extension of time, we cannot exercise jurisdiction over 
an appeal.[5]  Because Appellant’s notice of 
appeal was untimely filed, we dismiss this case for want of jurisdiction.[6]
   
 
                                                                           PER 
CURIAM
   
PANEL D:   DAUPHINOT, 
HOLMAN, and GARDNER, JJ.
DO 
NOT PUBLISH
Tex. R. App. P.47.2(b)
 
DELIVERED: 
October 21, 2004

NOTES
1.  
See Tex. R. App. P. 47.4.
2.  
See Tex. R. App. P. 
26.2(a)(1).
3.  
See id.
4.  
Id.; see Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 
1998); York v. State, 69 S.W.3d 792, 794 (Tex. App.—Fort Worth 2002, no 
pet.).
5.  
See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); see 
also Slaton, 981 S.W.2d at 210.
6.  
See Tex. R. App. P. 
26.2(a)(1), 43.2(f).